LAW LIBRARY

NO. 30481

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAIʻI
2010 JUN -9 AM 11:16
FILED

CONSTANCE LOUISE SANTOR, Petitioner,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-3 HOME EQUITY
PASS-THROUGH CERTIFICATES, SERIES 2006-3; LAW FIRM OF
LEU & OKUDA; KARYN A. DOI; LESTER LEU; PROCESS SERVER
RICHARD ALCOMINDRAS; DEPT. OF PUBLIC SAFETY DIRECTOR
CLAYTON A. FRANK; SHERIFF LT. PATRICK SNIFFEN, Respondents.

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of
the May 17, 2010 order dismissing the May 4, 2010 petition,

IT IS HEREBY ORDERED that the motion for
reconsideration is denied.

DATED: Honolulu, Hawaiʻi, June 9, 2010.